# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

October 27, 2008

136672-3 & (107)(108)

FEDERAL INSURANCE COMPANY,
NORVEST, L.L.C., and NORQUICK
DISTRIBUTING COMPANY,
        Plaintiffs-Appellees,

v

CONBRACO INDUSTRIES, INC.,
        Defendant/Cross Defendant/Third
        Party Plaintiff-Appellee,

and

NORTHERN INDUSTRIAL REFRIGERATION,
INC.,
        Defendant/Cross Plaintiff-Appellant,

and

MIDWEST REFRIGERATION SYSTEMS, INC.,
        Defendant/Cross Plaintiff/Cross
        Defendant-Appellee,

and

BIDDISON ARCHITECTURE, KEVIN L.
BIDDISON, GARY PARADIS ASSOCIATES,
INC., and ELECTRA TECH SERVICES, L.L.C.,
        Defendants

and

P. WILLIAM CONNOR, JOHN CONNOR, and
MICHAEL McMANAMON,
        Third-Party Defendants.

SC: 136672
COA: 274351
Wayne CC: 01-140483-NZ

_____

CITIZENS INSURANCE COMPANY,
NORVEST, L.L.C., and NORQUICK
DISTRIBUTING COMPANY,
        Plaintiffs-Appellees,

v

                                            SC: 136673
                                            COA: 274421
                                            Wayne CC: 03-300806-NZ

NORTHERN INDUSTRIAL REFRIGERATION,
INC.,
        Defendant/Cross Plaintiff-Appellant,

and

CONBRACO INDUSTRIES, INC.,
        Defendant/Cross Defendant-
        Appellee,

and

MIDWEST REFRIGERATION SYSTEMS, INC.,
        Defendant/Cross Plaintiff/Cross
        Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the May 6, 2008 judgment of the Court of Appeals and the applications for leave to appeal as cross-appellants are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008                           _____

s1020                                        Clerk